No. 742. THE ALABAMA & GEORGIA MANUFACTURING COMPANY OF THE STATE OF ALABAMA, PETITIONER, v. THE WEST POINT MANUFACTURING COMPANY OF THE STATE OF ALABAMA ET AL. May 1, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John M. Thurston, Mr. R. B. Brown* and *Mr. C. A. Mountjoy* for

the petitioner. *Mr. Louis D. Brandeis* and *Mr. William H. Dunbar* for the respondents.

